UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 23-00317-CJC (SPx)                                  Date:  March 2, 2023

Title: DON PATRICK V. HP COMMUNICATIONS, INC. ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

Sunbelt Rentals, Inc., removed this action from the Superior Court of California, County of Riverside, on February 24, 2023, asserting diversity jurisdiction.  (*See* Dkt. 1 [Notice of Removal, hereinafter "Notice"].)  The original complaint involves negligence claims by Don Patrick, individually and as parent and next friend of B.P., a minor, against HP Communications, Inc., and Rudy Gamboa. (*See* Dkt. 1-3 Ex. 1A.)  HP Communications, Inc., later filed a "cross-complaint" against Sunbelt Rentals for indemnification, apportionment of fault and contribution, equitable indemnification, and declaratory relief.  (*See id.*)  Sunbelt Rentals appears to be a third-party defendant, since it was brought into the action as a defendant to claims by HP Communications and Gamboa, themselves defendants to claims by Patrick.  However, "third-party defendants cannot remove a case, as they do not fall under the meaning of 'defendant' for the purposes of the removal statute."  *3S Network, Inc. v. Zenisco, Inc.*, No. 21-cv-971, 2021 WL 5998026, at *2 (W.D. Wash. Dec. 20, 2021) (citing *Home Depot U.S.A., Inc. v. Jackson*, 139 S. Ct. 1743, 1749 (2019)).
//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 23-00317-CJC (SPx)                         Date: March 2, 2023
                                                         Page 2

---

    Accordingly, the parties are hereby **ORDERED** to show cause why this action should not be remanded for lack of subject matter jurisdiction. Each party shall file a written response to this Order by **March 20, 2023**.

jso

MINUTES FORM 11
CIVIL-GEN                                                Initials of Deputy Clerk RRP